IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN C., through his Parent HELEN C., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OXFORD AREA SCHOOL DISTRICT, | : | No. 16-5286 |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 14th day of August, 2017, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record (Doc. No. 13), Defendant's Motion for Judgment on the Administrative Record (Doc. No. 14), and responses thereto, it is hereby **ORDERED** that the Defendant's Motion (Doc. No. 14) is **GRANTED** and Plaintiff's Motion (Doc. No. 13) is **DENIED**. Judgment is entered in favor of the Defendant.

The Clerk of Court shall close this case for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge